```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

FILED
Dec 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: | [PROPOSED] ORDER |
| 1835 Hile Avenue, Linda, California | 2:22-SW-0590-DB |
| Cellular Telephone with Call Number (916) 505-4934 | 2:22-SW-0551-DB |
| Cellular Telephones with Call Numbers (916) 282-6873 and (916) 505-4934 | 2:22-SW-0540-DB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   December 2, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE